In The United States District Court
Eastern District Of Tennessee
At Knoxville

Demario Quintez Driver
    Plaintiff,

vs.

Brandon Robinson
Christopher Johnson
John Evans
Micheal Parris
Steven Jones
Stacy Oaks.
    Defendants,

FILED
OCT 19 2022
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

3:22-CV-369
Greer/McCook

## Complaint for Violation Of Civil Rights.
(42. U.S.C.A § 1983)

## Introduction

This is a civil Rights Action filed by Demario Quintez Driver, a state prisoner of the State of Tennessee for Damages and Injunctive Relief Under, 42 U.S.C.A § 1983. Alleging Excessive use of force In Violation of the Eighth Amendment to the United States Consititution. The plaintiff Also Alleges Racial Discrimination In Violation Under the Equal protection clause of the Fourteenth Amendment. To the United States Consititution. The plaintiff Also Alleges Mental And Emotional Injury The plaintiff Also Alleges the Torts of Assault And Battery And Negligence. The plaintiff Also Alleges A failure To protect claim And Deliberate Indifference Under violation of the Eighth Amendment To the United States Consititution.

# I. Jurisdiction.

1. This Court has jurisdiction over the Plaintiff's claims of violations of federal Constitutional Rights under 42 U.S.C.A § 1331 and 1343.

2. This Court has Supplemental Jurisdiction over the plaintiff's state law tort claims under 28 U.S.C.A § 1367.

# II. Plaintiff

3. The Plaintiff Demario Quintez Driver, Is and was at all the times mentioned herein a prisoner of the State of Tennessee in the custody of the Tennessee Department of Corrections. He is currently confined at Morgan County Correctional Complex, in Wartburg Tennessee. (Hereafter Referred to as M.C.C.X

# III. Defendants.

4. Defendant. Brandon Robinson. At the time was a Correctional Officer at the Tennessee Department of Corrections who is at all times is mentioned in this complaint. Held the rank of the Unit Manager over High Security. Buildings 24, 25 and Building 26 at M.C.C.X

5. Defendant. Christopher JA Johnson Is a Correctional Officer for the Tennessee Department of Corrections. Who is at most times mentioned in this complaint. Held the rank of Sargent assigned to

To Buildings 24, 25, and Building 26 at one point of time at M.C.C.X

6.
Defendant. John Evans. Is a Correctional Officer for the Tennessee Department of Corrections who is at times mentioned in this complaint held the rank of Sargent assigned to Building 24, 25, and 26 at M.C.C.X

7.
Defendant. Michael Parris Is the Warden of Morgan County Correctional Complex. He Is legally Responsible for the Operation at M.C.C.X and the Welfare of all the Inmates at and Staff at that prison.

8.
Defendant Steven Jones Is the Warden of Security at M.C.C.X He Is Legally Responsible for the Operations of Security of all the Inmates of that prison.

9.
Defendant Stacy Oaks. Is the Warden of Treatment at M.C.C.X He Is Legally Responsible for the Operations of the Treatment of all the Inmates of that prison.

10.
Each Defendant, Brandon Robinson, Chistopher Johnson, John Evans, Michael Parris, Steven Jones, Stacy Oaks. Are all Correctional ~~personal~~ Officers In Some Direct Manner. at M.C.C.X. They Are Being Sued In Their Official Capacity and Their Individual Capacity.

11. All The Defendants Have Acted Under Color of State Law At All Times Relevant To This Complaint

# IV. Facts

12. On February 10th 2022 approx 11:45am - 12:00pm. The plaintiff was brought back from the infirmary (suicide watch) to the high security housing unit 24 Delta pod

13. When plaintiff was placed in his cell. Plaintiff noticed more than half of his leisure property were missing

14. Such as books that his family ordered. Clothing that was personal ordered from Union Supply Direct and the plaintiff T.V was missing

15. Defendants. John Evans, Christopher Johnson and Unit Manager Brandon Robinson were all responsible for the cell search according to Disciplinary Actions Report.

16. The plaintiff spoke to the L.T. C. Walls about property being missing and L.T. C. Walls contacted the defendant Brandon Robinson about the missing property. L.T. C. Walls was able to return a couple of religious books to the defendant.

17. Plaintiff filed an inmate grievance about the missing property. Plaintiff ~~Respectff~~ requested solution to the inmate grievance. Was to have an incompatable against ~~Sgt~~ defendants Brandon Robinson and defendant Christopher Johnson.

18. Plaintiff was in fear of his safety because defendants Brandon Robinson and defendant Christopher ~~John~~ John was continuously harrassing the plaintiff

19.

Defendant Brandon Robinson, response to the plaintiff grievance was "Only books taken appeared to be all M.C.C.X library books and legal books also from M.C.C.X library. These were all returned to the library department. All property in inmate Driver's cell was bagged and accounted. Items that were not in cell we can not account for including inmate Drivers ~~Icyc~~ Television. - EXHIBIT-A

20.

Defendant Brandon Robinson also stated that he would approve of an incompatiable due to numerous threats made from Inmate Drivers on my life. He has also made those threats about me to muiltiple staff. That grievance is attached as Exhibit A.

## RACIAL DISCRIMINATION

21. On February 23, 2022 at or around 7:30 am or in between the hours of 7:00 am and 8:00 am. The plaintiff had became mentally unstable and medical and the mental health providers were notified and made a decission to have the plaintiff taken to the infirmary and placed on suicide precautions

22. At this time Defendant Brandon Robinson Defendant John Evans, and two other correctional officers by the name of C/O Ashburn and C/O Trenton James came to ~~pay~~ plaintiff's door and told plaintiff to cuff up so that plaintiff could be excorted to the infirmary.

23. Plaintiff complied with Defendant Brandon Robinson request and stated "Why do you keep coming around me when you know I want to file an incompatiable against you because I'm in fear for my safety.

24. Defendant Brandon Robinson responded "Im the unit manager I can do what I want to.

25. While been excorted to the Infirmary plaintiff. started to talk disrespectful stating that Morgan County dont care about my safety and would rather see me get hurt instead of helping me.

26. Defendant Brandon Robinson Responded by telling plaintiff to shut the fxxx up and dont nobody respect a fxxxxng Rapist. you raped a white woman.

27. The plaintiff Responds "Stop acting like you dont know the history on how white women always tell lies on Blackmen when they cant get their way. or what they want.

28. The plaintiff and the Defendant Brandon Robinson continued to go back and forth with their words until they walked in the Infirmary.

29. Once at the cell number 109 in the Infirmary where the plaintiff would be Temporaily Housed until Takin off suicide precautions the Defendant Brandon Robinsons shut the door and started to Remove the plaintiff handcuffs.

30. At this time the plaintiff then snatched his hand back stealing the Defendants Brandon Robinson handcuffs and personal handcuff key

31. The plaintiff then states." you stupid Motherfxxxer I got all your keys and your not supposed to have a personal handcuff key. your comitting a federal crime by bringing in contraband into a penal system. you could be helping someone escape call the officer in charge

32. The Defendant Brandon Robinson. Then instructed the Defendant John Evans. To grab his Tazer gun and get ready to shoot the plaintiff when the door opened.

31. Defendant John Evans Replied We're not supposed to open this door Back Up

32. Plaintiff then states "Yeah you heard him. I'm a maximum security inmate. I'm a High Risk and Dangerous person with a weapon your not supposed to open my door up without the proper Handcuff Restraints applied to my persons. Go call the captin follow post orders so they can activate the extraction team.

33. Defendant Brandon Robinson then opens the cell door.

## Grounds for Relief

### Misuse of force and Racial Discrimination

34. Defendant John Evans then shoots the plaintiff in the left side of his shoulder with the Tazer Gun.

35. The plaintiff tries to fight back using self defense but was unable to because Defendant Brandon Robinson, Defendant John Evans. C/O Ashburn and C/O Trenton James began to over power the plaintiff.

36. Once the Hanou Handcuffs and shakies was Re-Apple Applied to the plaintiff. Defendant Brandon Robinson. Then struck the plaintiff with a Left Hook In His Left Eye causing Injury making the plaintiff eye swell close and turn Black causing Temperory Blindness. At this time the plaintiff was not resisting and being choked out by Defendant John. John Evans.

37.
The Defendant BRANDON ROBINSON AND Defendant JOHN EVANS places the plaintiff on his stomach and put the TAZER GUN DIRECTLY on his back and tazed the plaintiff. plaintiff Do Believes He was tazed 3 to 5 times at this moment. plaintiff Hollered The Defendant BRANDON ROBINSON Told the plaintiff to SHUT THE fxxx Up AND Happy Black History Month Monkey.

38. AT THIS TIME THE plaintiff was not resisting But in full Compliance And following all orders.

39. plaintiff THEN ASKED WHY THE Defendant BRANDON Robinson Is TREATING Him THIS WAY THE Defendant Replies "I Told you, your a fxxxxng Rapist.

40. The Defendant BRANDON ROBINSON THEN Instructs SOMEONE To go get THE HAND HELD CAMERA.

41. WHILE IN CELL 109 IN THE Infirmary THE CELL Also HAD A CAMERA MOUNTED ON THE WALL ABOVE Recording THE ENTIRE Incident.

42. At THIS TIME OTHER CORRECTIONAL Officers CAME TO ASSIST IN THE situation THE CAPTIN THEN INSTRUCTS THE CORRECTIONAL Officers To pull All plaintiff Clothing off AND CUT plaintiff SHIRT OFF SINCE HANDCUFFS WERE ON THE plaintiff

43. EVERYONE THE leaves THE CELL Including Defendants BRANDON ROBINSON AND JOHN EVANS. HANDCUFFS WERE THEN REMOVED THROUGH THE SERVICE flap.

44.
Medical STAFF NURSE Wills AND NURSE Lisa Coleman WITNESSED THE ENTIRE INCIDENT AND NOTED All plaintiffs INJURIES. Swollen Black eye ON THE left side of His plaintiffs face. AND ABOUT 3 TO 5 TAZER BURNS ON THE plaintiffs Back

45. Days later, but not sure of the correct date the plaintiff is a seen by Doctor Ol'Roy (Mental Health Doctor) and explains that plaintiff has been trying to file an Incompatiable against Defendent Brandon Robinson for a while now and the Adminstrative Staff Defendant Michael Parriss Defendant Stacy Oaks, Defendant Steven Jones Refuses To Honor Incompatiable Request. Please see attached exhibit B

46. Doctor Ol'Roy makes notes and advise the plaintiff that she will in fact send an E-mail to the M.C.C.X Internal Affairs on the behalf of plaintiff.

47. The plaintiff verbally spoke to Defendant Stacy Oaks the Warden of Treatment and Respectfully Ask To Have An Incompatibale filed Against Defendents Brandon Robinson and Defendant Christopher Johnson. But the Defendant Stacy Oaks told me no.

48. The plaintiff has called the PREA. Hotline at the Avalon Center and has made serual reports since November of 2021 creating a massive list of Complaints So That All Incidents Would Be Recorded on file since M.C.C.X Grievance System Doest Help.

49. The plaintiff wrote the Warden Defendat Michael Parris in a detailed letter on December 9th 2021, March 4th 2022 and April 10th 2022 Asking for help and that this these issues could be avoided had he honored my request

50. The plaintiff wrote the Warden of Treatment Defendant Stacy Oaks on April 10th 2022 Asking To file A Title 6 A Racial Discrimination Complaint Against Defendant Brandon Robinson But plaintiff Receives No Responds.

51. The plaintiff also wrote the warden of security Defendant Steven Jones in a detailed letter on December 9th 2021 March 4th 2022 and April 10th 2022. Asking for help. But the Defendant Steven Jones refused to respond

52. On April 4th or April 5th 2022 Defendant Brandon Robinson placed a door shield in front of plaintiffs cell door without proper reasons

53. On the door shield Defendant Brandon Robinson taped a note on the door shield stating Do not remove unless approved by unit manager Robinson

54. Defendant Brandon Robinson actions shows that has ha he has a bais against the plaintiff

55. Defendant Brandon Robinson know that with a door shield placed on plaintiffs door plaintiff would be deprived of certain rights. Such as Access to the law library and access to speak to the chaplin when they make their weekly rounds. Also preventing plaintiff from sending mail out such as legal mail...

56. Plantiff has not caused any threat or harm to any staff so that the door shield should be kept on his plaintiffs door.

57. On April 13 2022. Approx 9:30 am 9:45 am. plaintiff was advised by Correctional Officer J. Miller that I had a Disciplinary hearing and that I needed to cuff up.

58. Plaintiff complied and I was then taken to the side room in 25-Bravo pod. Instead of the visitation room where the disciplinary board hearings are to be held.

59. Defendant Brandon Robinson entered 25-Bravo pod and he came into the side room and stated "You know we're searching your cell. I lied because I knew that you would refuse a cell search." Plaintiff responds "Man when are you going to stop harrassing me." Defendant stated "Whenever I feel like it."

60. Defendant Brandon Robinson. Then came back to the side room where the plaintiff was being held and the defendant had plaintiffs. Black legal work spine that hold legal documents together. In his hands.

61. Plaintiff asked Defendant Brandon Robinson can I have my legal binder back Defendant stated "That I'll get it back." Plaintiff never received his legal binder back.

## Grounds for Relief #3

### Denied Attorney Phone Calls.

62. On April 13TH 2022 plaintiff fills out an Inmate Inquiry Information Request form. Requesting to make a phone call to family so that plaintiff can get in contact with his attorney.

63. Defendant Brandon Robinson responds by stating NO due to behavior and threating behavior. Please see attached Inmate Inquiry Information Request form marked as Exhibit C

64.
On April 14, 2022. Plaintiff writes a letter to the Defendant Brandon Robinson, trying to reasons with the Defendant about using the phone to call family so that plaintiff can get in ~~Touch~~ Touch with his Attorney.

65. Defendant Brandon Robinson Reply "I also didn't write you up for T.S.D DFN DSP or anything, you are welcome. please see letter attached marked as Exhibit D

66.
On April 19TH 2022. ~~I sent another letter to~~ Plaintiff sends another request/ letter to the Defendant ~~Asian~~ Brandon Robinson asking to make a legal phone call to Attorney because I am ~~still~~ still fighting a criminal case in Cheatham County Courts and to keep ~~Denying~~ Deining me this right is a Constitutional Violation of my Due process

67. Plaintiff then asks Correctional Officer J. Miller can she please go check on my letter that she gave to Defendant Brandon Robinson. When Correctional Officer J. Miller returned she told the plaintiff that the Defendant Brandon Robinson said No and that he threw my letter and Request in the Trash.

68.
On April 20 2022. Plaintiff sends out another Inmate Inquiry. Information Request form requesting to make legal call to Attorney. To keep Denying legal call is a violation of my Due process rights because I'm still fightin a criminal case in Court. — please see attached Inmate Inquiry - Information Request marked as Exhibit E.

69.
Defendant Brandon Robinson Responds Word for Word Verbatem "You Have Completed (9) nine phone calls from April 1st Through April 20th. I Haven't Denied Any priveloges. Appreciate The Occasious You Have Been Offered The phone. You Have Attempted (78) Seventy Eight phone Calls During This Time. I Am Not Approving You Any Other Phone Calls. Your Attorney Can Make All Appointments Through Wardens Office. — please see Attached Inmate Inquiry - Information Request Marked As Exhibit. E.

70. Plaintiff Send Out A letter To Defendant. Brandon Robinson. Explaining That I Have Not Used The phone Nine Times And Since Your Investigating These phone calls you Should Know That I've Been Having Other Inmates Calling my family on my behalf Using My pin number. You Should Know This Because You Also placed A sign on my Door Stating No phone Until March Of 2023. Check The Times And Dates Look At The Cameras.

71. Plaintiff gets No Response from the Defendant Brandon Robinson please See Attached Grievance Marked As Exhibit. F

72. On April 29 2022. Defendant Brandon Robinson Came into The pod 25·Bravo for Inspection. plaintiff Asks The Defendant Can He please Use The phone Deff Defendant Responds By Tell The Defendant To "Just Keep Being Good And I'll let you Use The phone

73. Plaintiff Responds By Stating "Robinson You Keep Telling Me The Same Thing Every Time I Ask you About The phone. You Don't Want To pull Me out To Call Attorney on The office phone And You Don't Want Me To Maintain A Relationship With My Daughter.

74. Defendant Brandon Robinson states "Just keep being good and you'll soon use the phone. Defendant Brandon Robinson then walks off

75. On the same day April 29th 2022. Plaintiff becomes very emotional and started having suicidal thoughts. ~~Plaintiff~~ Then around 10:30 AM count time the plaintiff tries to commit suicide by cutting open his left arm and causing blood to shoot out all over his cell

76. Plaintiff was taken to the Infirmary and was asked by medical staff why ~~he do~~ did you do it plaintiff He just want to be a father to his daughter and for a person to keep denying me phone is wrong and I'm ~~Frö~~ tired of feeling discouraged and hopeless. Or suicidal every time Defendant Brandon Robinson deny me a chance to be a father.

77. Plaintiff do believes that the Defendant Brandon Robinson actions are motivated by evil motives or intent.

78. Plaintiff has reported to Mental Health Multiple time that brand new razor blades were intentionally placed in plaintiff cell taped to the shief in plain view after coming off suicide watch & being placed back In his cell

## Misuse of force and Negligence

79. On June 12, 2022. Plaintiff was being extracted from his cell when Defendant Christopher Johnson entered into the plaintiff cells and physically assaults the plaintiff.

80. At this time of the extraction the plaintiff was in handcuffs when he was assaulted and was not resisting any orders.

81. Plaintiff had to seek medical attention because his left eye was busted wide open plaintiff receive six stiches in his left eye

82.

On or about June 15th or June 16 2022. Plaintiff files a grievance about this incident

83.

Plaintiff asked the Grievance Board How could T.D.O.C. be so neglegent by allowing Defendant Christopher Johnson extract the plaintiff from his cell when all T.D.O.C staff know or should have known that there was a substantial risk of plaintiff being harmed.

84.

The Grievance that the plaintiff grieved about in this incident was never processed because the plaintiff never receives a Grievance Hearing

85.

Since the arise of these listed incidents the plaintiff has wrote his sister many times seeking family support.

86.

The Plaintiff sister has called Defendant Stacy Oaks on many different occurances asking that plaintiff be shipped to another prison for his direct safty

87.

The plaintiff sister has even made complaints to the Tennessee Department of Correction. Commissioners office.

## Exhaustion of legal Remedies

88.

The plaintiff has used the prisoner grievance procedure available at M.C.Cx State Prison to try to solve these issues that are raised in this complaint. Please see the attached grievances appeals and inmate Information Inquiry's listed in this complaint

## Legal Claims

90. Defendant Brandon Robinson used excessive use of force and misuse of force against the plaintiff by punching him in the face and tazing him in the back 3 to 5 times when plaintiff was not resisting any directive. Defendant Brandon Robinson actions violated plaintiff rights under the Eighth Amendment to the United States Constitution and caused plaintiff, suffering physical and emotional distress. Defendant Brandon Robinson action shows a pattern or practice of certain act.

91. Defendant Brandon Robinson. made racial comments after assaulting the plaintiff by telling him to shut the fxxx up and happy black history month. Defendant Brandon Robinson made it clear that he doesn't respect an alleged rapist of a white woman. Defendant Brandon Robinson actions were unconstitutional the equal protection clause of the fourteeth amendment to the United States Constitution and has caused, suffering and emotional distress as well as character/racial discriminate to cause

92. Defendant Brandon Robinson. used retaliation by denying plaintiff attorney phone calls while plaintiff was in the middle of his criminal direct appeal. Thus making the plaintiff unable to properly argue his appeal. Defendant Brandon Robinson actions violated the plaintiff first, fifty and fourteenth Amendment to the United States Constitution

And caused the plaintiff to lose his direct appeal. Causing emotional and mental injury. By putting plaintiff liberty a stake. By denying the right to access to the courts. Defendants actions were intentional infliction of emotional distress. He knew plaintiff would be suicidal when denied phone calls.

93. Defendant Christopher Johnson. Use excessive use of force and was responsible for the unnecessary and waton infliction of pain. When plaintiff was being extract from his cell to be placed on suicidal watch. Defendant Christopher Johnson actions violated the plaintiff rights under the Eighth Amendment to the United States Constitution. Causin injury to the plaintiff emotionally and physically. Giving the plaintiff six ~~stitches~~ stiches above has left eye

94. Defendant John Evans used excessive use of force against the plaintiff by shooting plaintiff with Tazer and choking him out when plaintiff was not resisting any directive. Defendant ~~Brandon Robinso~~ John Evans actions violated plaintiff rights under the Eighth Amendment to the United States ~~Constition~~ Constitution and cause plaintiff. Suffering physical and emotional distress.

95. Defendant Micheal Parris. ~~Who~~ Actions was negligent because he failed to use ~~a~~ reasonable care. Defendant Micheal Parris have a duty to keep prisoners safe and protect that from unreasonable risks. And this actions violates the Eighth Amendment to the United States Constitution

96. Defendant Steven ~~John~~ Jones actions were negligent because he failed to use reasonable care. Defendant Steven Jones knew and had a duty to keep prisoners safe and protect them from unreasonable risk. And these actions violates the Eighth Amendment to the United States Constitution

97.
Defendant STACY OAKS. Actions were Negligent Because He failed to use Reasonable Care. Defendant STACY OAKS. Have a Duty to keep prisoners safe and protect them from Unreasonable Risk. And these actions violates the Eighth Amendment to the United States Constitution.

## Prayer for Relief

Wherefore, plaintiffs Respectfully pray that this Court enter Judgment

98. Granting plaintiff a Declaration that the Acts and Omissions Described Herein Violates His Rights Under the Constitution and Laws Of the United States, and

99. A preliminary and permanent Injunction Ordering Each Defendant. Michael Parris, Steven Jones, Stacy Oaks. To Not Use Retaliations, By excessive cell searches to destory legal Documents. Transfer plaintiff another prison. Or to continue to House plaintfill on Adminstrative Segregation.

100. Granting Plaintiff Compensatory Damages In the Amount of $50,000 Against Each Defendant. Jointly and severally.

101. Granting plaintiff Punitive Damages In the Amount of $50,000. Plaintiff Seeks These Damages Against Each Defendant, jointly and severally

102.
Plaintiff Also seeks a Jury Trial on all Issues Triable by Jury

103.
Plaintiff also seeks recovery of their costs, attorney fees in this suit and

104.
Any additional relief this court deems just, proper and equitable

Dated: October 12, 2022

Respectfully Submitted,
DeMario Quintez Driver
# 417678
M.C.C.X
P.O. Box 2000
Wartburg, TN 37887

## Verification

I have read the foregoing Complaint and hereby verify that the matter alleged therein are true. Except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Wartburg, Tennessee on October 12, 2022